OPINION — AG — ** CHARTIABLE ORGANIZATIONS — EXEMPTIONS ** A CHARITABLE ORGANIZATION `IS' ENTITLED TO CLAIM AN EXEMPTION FROM STATE REGISTRATION REQUIREMENTS PURSUANT TO 18 O.S. 552.4 [18-552.4](5), ONLY IF ITS TOTAL COLLECTIONS FROM CHARITABLE SOLICITATIONS, NOT JUST ITS IN STATE COLLECTIONS, DO NOT EXCEED TEN THOUSAND ($10,000) (NON PROFIT, CORPORATIONS, ORGANIZATIONS, CONTRIBUTIONS, REGISTERED, STATE REQUIREMENTS) CITE: 18 O.S. 552.3 [18-552.3](A), 18 O.S. 552.4 [18-552.4], 18 O.S. 552.4 [18-552.4] (JIMMY D. GIVENS)